**FORD MOTOR COMPANY, a Corporation, Appellant, v. Major A. E. STOCKTON, A. U. S., Retired, Appellee.**

No. 11157.

Circuit Court of Appeals, Ninth Circuit.

Feb. 19, 1946.

William W. Ray, of Salt Lake City, Utah, for appellant.

J. M. Lampert, of Boise, Idaho, for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that this cause be, and hereby is, remanded to the District Court for the District of Idaho, Southern Division, with directions to said District Court that the decree of the said District Court herein, 61 F.Supp. 261, be vacated and set aside and that the case be dismissed upon the merits and with prejudice, each party to pay its costs incurred herein.